IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>          Plaintiff, )<br>            )    Docket No. 4:08CR3027<br>     v. )<br>            )<br>TRAVIS J. HAAS, )<br>            )    ORDER<br>          Defendant. )<br>            ) | |

    IT IS ORDERED:

    1.  Defendant's unopposed oral motion to continue is granted and the change of plea hearing is continued from May 29, 2008 to **June 18, 2008 at 3:00 p.m.** before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

    2.  The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the anticipated plea of guilty, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

    3.  Defendant shall appear at the hearing.

    DATED: May 20, 2008.

                                      BY THE COURT:

                                      s/ *David L. Piester*
                                      David L. Piester
                                      United States Magistrate Judge