IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2008 JUN 18 PM 4:43

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3027 |
| v. | ) | |
| TRAVIS HAAS, | ) | ORDER |
| Defendant. | ) | |

    IT HEREBY IS ORDERED: Paragraph 7 of the order setting the defendant's conditions of release, filing 16, is amended in the following respects:

    Condition 7(p) is stricken, and Condition 7(o) is effectuated, requiring defendant to reside at the K Halfway House in Omaha, Nebraska in accordance with the provisions of that subparagraph.

DATED June 18, 2008

                                    BY THE COURT:

                                    s/ David L. Piester
                                    United States Magistrate Judge