IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:08CR3027 |
| ) | |
| v. ) | **AMENDED ORDER/ORDER** |
| ) | **NUNC PRO TUNC** |
| TRAVIS J. HAAS, ) | |
| ) | |
| Defendant. | |

NOW ON THIS 16th day of September, 2008, this matter is before the Court on the motion by the Plaintiff amend the Order and/or for an Order Nunc Pro Tunc correcting the Order entered on September 15, 2008, to release certain funds seized from the Defendant, Travis J. Haas. The Court being duly advised in the premises, finds the Motion should be sustained.

IT IS ORDERED as follows:

A. The Plaintiffs Motion to Amend the Order for Release Money or in the alternative, for an Order Nunc Pro Tunc (filing 43) is sustained.

B. The U.S. Marshals Service shall send $3,200.00 to the Defendant, Travis J. Haas, by delivering the same to the trust account of his attorney of record, Alan G. Stoler.

BY THE COURT:


s/ *Richard G. Kopf*
RICHARD G. KOPF
United States District Judge