IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3027 |
| | ) | |
| V. | ) | |
| | ) | |
| TRAVIS J. HAAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Having been advised of the defendant's emergency surgery,

IT IS ORDERED that the defendant's self-surrender date is suspended until further order of the court.

December 1, 2008.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge