IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:08CR3027 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TRAVIS J. HAAS, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the advice of Mindy Bare, United States Pretrial Services Officer,

IT IS ORDERED that the motion to modify pretrial release (filing 46) is denied.

February 12, 2009.          BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge